UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No.: 3:18-CR-36-TAV-DCP-4 ) |
| TIMOTHY E. WALKER, | ) ) |
| Defendant. | ) |

## ORDER

This criminal matter is before the Court on the Report and Recommendation ("R&R") entered by United States Magistrate Judge Debra C. Poplin on October 26, 2021 [Doc. 822]. Judge Poplin recommends that the Court deny defendant's motion for leave to appeal the denial of his motion for compassionate release *in forma pauperis*. There have been no timely objections filed to the R&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59(b)(2).

After carefully reviewing the matter, the Court agrees with Judge Poplin's recommendation and reasoning, which the Court adopts and incorporates into its ruling. Accordingly, the Court **ACCEPTS IN WHOLE** the R&R [Doc. 822]. Defendant's motion leave to appeal *in forma pauperis* [Doc. 814] is **DENIED**.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE